Nicholas R. Nowicki
AZ Lic. #029740
McDonough & Nowicki PLLC
7107 East Thomas Road, Suite 105
Scottsdale, AZ 85251
Telephone: 612-217-0257
Fax: 651-444-5262
Email: nik@mcnowick.com

*Attorney for Plaintiff*
*Deborah Hemphill*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Deborah Hemphill, | CASE NO. 2:16-cv-01081-NVW |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| McCarthy, Burgess, & Wolff, Inc., | |
| Defendants. | |

Plaintiff, Deborah Hemphill, by and through her counsel, hereby provide notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that the above-captioned action is dismissed with prejudice.

[**This space purposefully left blank. Signature appears on following page.**]

1

RESPECTFULLY SUBMITTED this 23rd day of June, 2016.

          **MCDONOUGH & NOWICKI PLLC**

          /s/ Nicholas R. Nowicki

          Nicholas R. Nowicki
          AZ Lic. #029740
          McDonough & Nowicki PLLC
          7107 East Thomas Road, Suite 105
          Scottsdale, AZ 85251
          Telephone: 612-217-0257
          Fax: 651-444-5262
          Email: nik@mcnowick.com

          **ATTORNEY FOR PLAINTIFF**
          **DEBORAH HEMPHILL**

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2016, I emailed a true and correct copy of above document to Defendant's counsel, Randy Nine, randi.nine@mbandw.com, and said counsel consented to service via email.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2016           /s/ Nicholas R. Nowicki